# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: USA v.s. Jeffrey Holliday FOR

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 04-867-MBB
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed
Name and address of employer: Holliday Home Improvement
IF YES, how much do you earn per month? $ 3000.00 NOT APP
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
RECEIVED: $ 5000.00 GROSS
SOURCES: Federal Medical Center Devens (Past Employer as of 7-04)

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 3500.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
VALUE: 1000.00  DESCRIPTION: 78 Ski Boat
VALUE: 1000.00  DESCRIPTION: 65 Dodge Dart

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE  ___ MARRIED  ___ WIDOWED  ___ SEPARATED OR  X DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Kathrine Holliday (Daughter)

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Rent & Household Expenses | Currently 3 Month Behind | $ 1050.00 |
| IRS Back Taxes | $ 17,000.00 | $ 575.00 |
| California Taxes | $ 5,000.00 | $ 900.00 |
| Child Support | Awaiting Payment Arrangement | |
| See back side of page | | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8-6-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Jeffrey Holliday

| | | | |
|---|---|---|---|
| CAPITAL ONE | 700.00 | 35.00 | PAYMENTS MADE |
| CITI BANK | 8,100.00 | 178.00 | THRU A CREDIT |
| AMEX | 4,000.00 | 110.00 | CONSULING SERVICE |
| AMEX | 1,700.00 | 80.00 | CURRENTLY 1 MONTH BEHIN |
| B OF A | 7,000.00 | 120.00 | MAKING PAYMENT |
| HOUSE HOLD BANK | 700.00 | 35.00 | ARRANGEMENT |
| BOPTI FCU SIGNATURE LOAN | 6500.00 | 360.00 | |

CAR PAYMENTS

98 DODGE DAKOTA TRUCK   7000.00   240.00   (BOPTI FCU)
87 CHEVY TRUCK                         2000.00   142.00   (HANSCOM FCU)